UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD R. COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-00776-SRC |
| | ) |
| MATTHEW YETMAN et al., | ) |
| | ) |
| Defendants. | ) |

## Order

On January 27, 2025, Donald Cook filed a "Motion for Joinder of additional parties or amendment of Pleadings." Doc. 20 at 1.[1] But nowhere in the filing does Cook propose what parties he wishes to join or what changes he wishes to make to any pleading. *See* doc. 20. Instead, Cook spends the remainder of the document listing persons with knowledge of his claim and places where one might find relevant evidence.

Because Cook fails to specify the proposed joinder or the proposed amendment, the Court denies Cook's motion. Although the case-management order requires parties to file motions for joinder of additional parties or amendment of pleadings no later than January 30, 2025, *see* doc. 19 at 1, in general, no party is *required* to amend his pleading or join additional parties if he does not wish to do so, *see* Fed. R. Civ. P. 15(a) (providing that a party "may" amend his pleading before trial in some circumstances); Fed. R. Civ. P. 20(a) (providing that persons "may" be joined as parties in some circumstances). Instead, the case-management order provides that *if* a party wishes to join additional parties or amend his complaint, he must move to do so before the deadline. *See* doc. 19 at 1.

---

[1] The Court cites to page numbers as assigned by CM/ECF.

Accordingly, the Court denies Cook's [20] Motion for Joinder of Additional Parties or Amendment of Pleadings.

So ordered this 28th day of January 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE